IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEWAYNE EUGENE BATTEN,

    Plaintiff,

v.                                           CASE NO.  4:15cv528-RH/CAS

MORPHO TRUST USA,

    Defendant.

_____/

## ORDER OF DISMISSAL

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 10, and the objections, ECF No. 11.  I have reviewed *de novo* the issues raised by the objections.  The recommendation is for dismissal of the amended complaint on the court's own motion.

    A plaintiff may be entitled to notice and an opportunity to be heard prior to a dismissal on the court's own motion in circumstances like these.  *See, e.g.*, *Am. United Life Ins. Co. v. Martinez*, 480 F.3d 1043, 1069 (11th Cir. 2007); *Danow v. Borack*, 197 F. App'x 853, 856, 2006 WL 2671928, at *3 (11th Cir. 2006) (unpublished); *see also Jefferson Fourteenth Associates v. Wometco de Puerto*

*Rico, Inc.*, 695 F.2d 524 (11th Cir. 1983).  Here the report and recommendation gave the plaintiff adequate notice, and he had an opportunity to respond, and did respond, by filing objections.

The report and recommendation correctly concludes that the amended complaint fails to state a claim on which relief can be granted and that allowing further amendment would be futile.  The plaintiff's claim fails not because of any inability to understand or comply with procedural rules but because the claim is unfounded on the merits.

For these reasons and those set out in the report and recommendation,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion.  The clerk must enter judgment stating, "The claims of the plaintiff Dewayne Eugene Batten against the defendant Morpho Trust USA are dismissed with prejudice."  The clerk must close the file.

SO ORDERED on March 9, 2016.

                                          s/Robert L. Hinkle
                                          United States District Judge